UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : |
| | : Criminal No. 16- CR-461 (SRC) |
| NORRIS BROOKS, | : |
| a/k/a "Norris D. Brooks," | : |
| a/k/a "Antonie Brooks," | : 8 U.S.C. § 1326(a) |
| a/k/a "Antoine Brooks" | : 8 U.S.C. § 1326(b)(2) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On a date on or after September 26, 2013, and on or before June 26, 2016, in Union County, in the District of New Jersey, and elsewhere, defendant

**NORRIS BROOKS,**
a/k/a "Norris D. Brooks,"
a/k/a "Antonie Brooks,"
a/k/a "Antoine Brooks,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of an aggravated felony, without the express consent of either the Secretary of Homeland Security or the Attorney General to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about June 26, 2016, was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL,

FOREPERSON

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 16- CR- 461(SRC)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**NORRIS BROOKS,**
a/k/a "Norris D. Brooks,"
a/k/a "Antonie Brooks,"
a/k/a "Antoine Brooks"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) and (b)(2)

A True Bill,

_____
Foreperson

PAUL J. FISHMAN
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

JIHEE G. SUH
ASSISTANT U.S. ATTORNEY
973-645-2836