UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. NORRIS BROOKS, DOB:           , Crim. No. 16-461

# PETITION FOR WRIT OF HABEAS CORPUS

1. NORRIS BROOKS, DOB: ███████, FBI#331377RB6, SBI#204931C, is now confined at Union County Jail, 15 Elizabethtown Plaza, Elizabeth, NJ 07202.

2. NORRIS BROOKS, DOB: ███████, FBI#331377RB6, SBI#204931C, will be required for an **arraignment** on **Thursday, October 20, 2016 at 12:00 p.m.** in the **United States District Court for the District of New Jersey in Newark, New Jersey** for the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED:   October 17, 2016
         Newark, NJ

*/s/ Jihee Suh*
Jihee Suh, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10/17/16

*/s/*
Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Union County Jail,
WE COMMAND YOU that you have the body of

**NORRIS BROOKS, DOB: ███████, FBI#331377RB6, SBI#204931C**

now confined at the Union County Jail, 15 Elizabethtown Plaza, Elizabeth, NJ 07202, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the King Federal Building and United States Courthouse, at Newark, New Jersey, on **Thursday, October 20, 2016 at 12:00p.m.**, so that the Detainee may appear for the above-captioned matter.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey

DATED: 10/17/16

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: */s/*
Deputy Clerk